UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FLAGSTAR FINANCIAL & LEASING, LLC f/k/a Signature Financial, LLC,

                        Plainntiff,

- against –

SEABREEZE MEDICAL, P.A., AMY BARROW BRUMFIELD, and MARK BARROW, SR.,

                        Defendants.

Index No.: 611976/23

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                        : ss.:
COUNTY OF NEW YORK )

Tatiana Levojinskaia-Leon, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age and is employed by Bronster LLP, 156 West 56th Street, NY, NY 10019, attorneys for Plaintiffs herein.

2. On October 4, 2024, I served the **ISSUED SUMMONS IN A CIVIL ACTION AND COMPLAINT,** in the above captioned proceeding by regular first-class mail by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the persons indicated below:

**Via First Class Mail & E-Mail**

tpontieri@jimersonfirm.com

Theresa C. Pontieri, Esq.
Jimerson Birr, P.A.
One Independent Drive – Suite 1400
Jacksonville, Florida 32202

                                                                  Tatiana Levojinskaia-Leon

Sworn to me on this
4th Day of October 2024

_____
Notary Public

ALINA GLUZMAN
Notary Public, State of New York
No. 01GL6329927
Qualified in Richmond County
Commission Expires Aug. 31, 20 27

530001.046