United States District Court Eastern District of New York

Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC
                              Plaintiff(s),

vs.

Seabreeze Medical, P.A., et al
                              Defendant(s).

Civil Number: 2:24-cv-06959-JS-AYS
Filed On: 10/2/2024
Court Date:

**AFFIRMATION OF SERVICE**

I, James V. Plank, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Florida. That on 10/31/2024 at 11:00 AM at 320 3rd Street, Suite B, Neptune Beach, FL 32266, deponent served the within Summons in a Civil Action & Complaint bearing Index # 2:24-cv-06959-JS-AYS on Seabreeze Medical, P.A. Defendant therein named (the intended recipient).

DOMESTIC CORP: A Domestic Corp by delivering a true copy of each to Hailey "M" Last Name Refused personally; deponent knew said Domestic Corp so served to be the Domestic Corp described as the named Defendant and knew said individual to be the Front Desk Authorized Agent thereof an authorized person to accept service of process.

DESCRIPTION: Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female Race/Skin: White Age: 22 - 35 Yrs. Weight: 161-200 Lbs. Height: 5ft 4in - 5ft 8in Hair: Pink Wig Glasses: No Other: HALLOWEEN COSTUME

COMMENTS:

I affirm on Nov 14, 2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
James V. Plank

Job # 299384

Client Reference: 530001.037 Bronster 1 of 3

TMS Services Inc, 977 N. Broadway, Massapequa, NY 11758 License: 2112432-DCA

United States District Court Eastern District of New York

| | |
|---|---|
| Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC<br>　　　　　　　　　　　　　　　Plaintiff(s),<br>vs.<br>Seabreeze Medical, P.A., et al<br>　　　　　　　　　　　　　　　Defendant(s). | Civil Number: 2:24-cv-06959-JS-AYS<br>Filed On: 10/2/2024<br>Court Date:<br><br>AFFIRMATION OF SERVICE |

I, James V. Plank, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Florida. That on 11/12/2024 at 7:15 PM at 1712 Lightly Lane, Neptune Beach, FL 32266, deponent served the within Summons in a Civil Action & Complaint bearing Index # 2:24-cv-06959-JS-AYS on Amy Barrow Brumfield, Defendant therein named.

INDIVIDUAL: By delivering thereat a true copy of each to said Defendant personally; deponent knew said person so served to be the person described as said Defendant therein.

DESCRIPTION: Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female Race/Skin: White Age: 51 - 65 Yrs. Weight: 161-200 Lbs. Height: 5ft 4in - 5ft 8in Hair: Blonde Glasses: No Other:

COMMENTS:

MILITARY SERVICE: I Asked the Person Spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever, and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes. I asked the person spoken to whether the defendant/responded was dependent on anyone in the military and also received a negative reply.

I affirm on Nov 14, 2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
James V. Plank

Job # 299385　　　　　　　　　　　　　　　　　　　　　　　Client Reference: 530001.037 Bronster 2 of 3
TMS Services Inc, 977 N. Broadway, Massapequa, NY 11758 License: 2112432-DCA

**United States District Court Eastern District of New York**

| | |
|---|---|
| Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC<br>Plaintiff(s),<br>vs.<br>Seabreeze Medical, P.A., et al<br>Defendant(s). | Civil Number: 2:24-cv-06959-JS-AYS<br>Filed On: 10/2/2024<br>Court Date:<br><br>AFFIRMATION OF NON SERVICE |

I, James V. Plank, affirms and says: that I have been duly authorized to make service of the documents listed herein in the above titled case; and that I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENTS: Summons in a Civil Action & Complaint

SERVE TO: Mark Barrow, Sr.

ADDRESS: 1712 Lightly Lane , Neptune Beach, FL 32266 - Home

On 11/12/2024 at 7:15 PM, I NON-SERVED the documents mentioned above for the reasons listed below:

DOES NOT RESIDE AT THIS ADDRESS. RESIDES SOMEWHERE IN GAINESVILLE, FLORIDA AS PER AMY BRUMFIELD.

I affirm on Nov 14, 2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
James V. Plank

Job # 299386

Client Reference: 530001.037 Bronster 3 of 3

TMS Services Inc, 977 N. Broadway, Massapequa, NY 11758 License: 2112432-DCA

United States District Court Eastern District of New York

| | |
|---|---|
| Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC<br>Plaintiff(s),<br>vs.<br>Seabreeze Medical, P.A., et al<br>Defendant(s). | Civil Number: 2:24-cv-06959-JS-AYS<br>Filed On: 10/2/2024<br>Court Date:<br><br>AFFIRMATION OF SERVICE |

I, Scott Hart, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Florida. That on 11/19/2024 at 4:55 PM at 9305 NW 13th Place, Gainesville, FL 32606, deponent served the within Summons in a Civil Action & Complaint bearing Index # 2:24-cv-06959-JS-AYS on Mark Barrow, Sr., Defendant therein named.

INDIVIDUAL: By delivering thereat a true copy of each to said Defendant personally; deponent knew said person so served to be the person described as said Defendant therein.

DESCRIPTION: Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Male Race/Skin: White Age: Over 65 Yrs. Weight: 161-200 Lbs. Height: 5ft 9in - 6ft 0in Hair: Balding Glasses: Yes Other:

COMMENTS:

MILITARY SERVICE: I Asked the Person Spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever, and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes. I asked the person spoken to whether the defendant/responded was dependent on anyone in the military and also received a negative reply.

I affirm on 11/21, 2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
Scott Hart

Job # 299386

Client Reference: 530001.037 Bronster 3 of 3

TMS Services Inc, 977 N. Broadway, Massapequa, NY 11758 License: 2112432-DCA



29.665412, -82.441154
9305 NW 13th Place
Gainesville, FL 32606
11/19/2024 04:54 PM