AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Flagstar Financial & Leasing LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-06959-JS-AYS |
| Seabreeze Med., Amy Barrow Brumfield, Mark Barrow | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Seabreeze Medical, P.A., Amy Barrow Brumfield and Mark Barrow                                    .

Date:  02/13/2025

/s/ Richard E. Lerner
*Attorney's signature*

Richard E. Lerner
*Printed name and bar number*

Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019

*Address*

richard@mazzolalindstrom.com
*E-mail address*

(917) 584-4864
*Telephone number*

(347) 824-2006
*FAX number*