UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FLAGSTAR FINANCIAL & LEASING, LLC f/k/a
SIGNATURE FINANCIAL, LLC,

                              Plaintiff,

          -against-

SEABREEZE MEDICAL, P.A., AMY BARROW
BRUMFIELD, and MARK BARROW, SR.,

                              Defendants.

Case No.: 2:24-cv-06959-JS AYS

**STIPULATION OF DISMISSAL**

**WHEREAS,** no party to this Stipulation is an infant, incompetent person for whom a committee has been appointed or a conservatee and no person not a party has an interest in the subject matter of this action, the undersigned parties hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel of record for all the parties that have appeared in the above-captioned action and that the action is dismissed, without prejudice, and without costs or attorneys' fees to any party as against the other; and,

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and when taken together shall constitute one original document, and any signatures transmitted via facsimile or other electronic means may be deemed an original.

Dated: New York, New York
          June 18, 2026

HINSHAW & CULBERTSON, LLP
*Attorneys for Plaintiff*

By:
Mariam G. Chubinidze
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 655-3892
mchubinidze@hinshawlaw.com

Dated: New York, New York
          June 18, 2026

MAZZOLA LINDSTROM, LLP
*Attorneys for Defendants*

By:
Richard E. Lerner
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(917) 584-4864
richard@mazzolalindstrom.com

1090480\330170251 v1